**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re | ) |
| | ) |
| LISA ANN HERMAN, | ) Case No. 19-0071 |
| | ) (Chapter 11) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| LISA ANN HERMAN | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT WILLIAM HALL, Jr., | ) Adversary Proceeding No. |
| | ) 19-10028 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. |
| LINDA SONIER, et al., | ) |
| | |
| Defendant | |

## MOTION TO WITHDRAW REFERENCE

Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is the Motion to Withdraw Reference and Order Directing Clerk to Transmit Renewed Motion for Withdrawal of Reference and Noting Procedural Deficiencies in the Motion in the above-captioned adversary proceeding.

**Documents related to the Withdrawal of Reference include:**

| DE# | Document | Filer |
|---|---|---|
| 30 | Second Motion to Approve *Withdrawal of Reference* (Attachments: # 1 Exhibit Docket Sheet #2 Proposed Order) | Lisa Ann Herman |

1

| 32 | Order Directing Clerk to Transmit Renewed Motion for Withdrawal of Reference and Noting Procedural Deficiencies in the Motion | Bankruptcy Court |
|----|----|----|
|  | Bankruptcy Court Docket |  |

**Other comments:**

|  |
|--|

Angela D. Caesar,
Clerk of the Court

Dated: 8/12/2020                    By:  /s/ Diane Champagne
                                     Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| In re: | ] |
| | ] |
| LISA ANN HERMAN, | ]    Case No. 19-0071-SMT |
| | ]    Chapter 11 |
| Debtor. | ] |
| _____ | ] |
| | ] |
| LISA ANN HERMAN, *et al.*, | ] |
| | ] |
| Plaintiffs, | ] |
| | ] |
| v. | ]    Adv. Proc.  No.: 19-10028 |
| | ] |
| LINDA SONIER, *et al.*, | ] |
| | ] |
| Defendants. | ] |
| _____ | ] |

### RENEWED MOTION FOR WITHDRAWAL OF REFERENCE

COMES NOW Lisa Ann Herman, debtor and plaintiff ("Debtor"), and as her Renewed

Motion for Withdrawal of Reference ("Motion") respectfully represents as follows:

1.  This Motion seeks the withdrawal of the reference of this Adversary Proceeding,

which was commenced when Lisa Ann Herman filed her complaint herein

("Complaint")(Docket No. 1), on September 9, 2019; issue was joined with an answer was filed

by the Defendants on November 7, 2019.

2. In order to understand the basis for the request to withdraw the reference, the Debtor

states: The Complaint herein seeks damages on account of alleged acts of defamation committed

by the Defendant against the Debtor and her co-plaintiff.

3.  Pursuant to 28 U.S.C. §157(b)(5):

The district court shall order that personal injury tort and wrongful death claims shall be tried in the district court in which the bankruptcy case is pending, or in the district court in the district in which the claim arose, as determined by the district court in which the bankruptcy case is pending....

4.  The Complaint alleges a personal injury tort, i.e., defamation.  While "personal injury tort" is not defined in the Bankruptcy Code, see, e.g., *In re Gawker Media LLC*, 517 B.R. 612, 620 (Bankr. S.D.N.Y. 2017), it is nonetheless clear that this constitutes the kind of personal injury covered by §157(b)(5), and thus the reference should, and indeed must, be withdrawn:

> Broadly defined, however, the term "personal injury" encompasses "any injury which is an invasion of personal rights, and in this signification it may include such injuries to the person as libel or slander, criminal conversation, malicious prosecution, false imprisonment, and mental suffering." BLACK'S LAW DICTIONARY 786 (6th ed. 1990); *In re Webb*, 210 B.R. 266, 271-272 (Bankr.E.D.Va.), *aff'd, King v. Webb (In re Webb)*, 214 B.R. 553 (E.D.Va. 1997); *Boyer v. Balanoff (In re Boyer)*, 93 B.R. 313, 317 (Bankr.N.D.N.Y. 1988). *See also Anthony v. Baker (In re Baker)*, 86 B.R. 234, 236 (D.Colo. 1988) (stating without any discussion that malicious prosecution is a personal injury tort); *Littles v. Lieberman (In re Littles)*, 75 B.R. 240, 242 (Bankr. E.D.Pa. 1987) (citing intentional or negligent infliction of emotional distress as examples of personal injury torts and stating that § 157(b)(5) is "limited to those torts or causes of action which require proof of damage as an element of the underlying cause of action"). Certainly Congress could have used the term "personal bodily injury" if it wished to specifically limit personal injury tort claims. *See In the Matter of Poole Funeral Chapel, Inc.*, 63 B.R. 527, 530 (Bankr.N.D.Ala. 1986). In addition, it is arguable that the "traditional, plain-meaning" sense of the term distinguishes between personal injuries, including both bodily and psychiatric harm, as opposed to property damage.

*In re Von Volkmar*, 217 B.R. 561, 566 (Bankr. N.D. Ill. 1998); *In re Boyer*, 93 B.R. 313, 317 (Bankr. N.D.N.Y. 1988) (reference withdrawn; "[t]he term personal injury tort embraces a broad category of private or civil wrongs or injuries … and includes damage to an individual's person and any invasion of personal rights, such as libel, slander and mental suffering…."); *Yellow Sign*,

*Inc. v. Freeway Foods, Inc. (In re Freeway Foods of Greensboro, Inc.)*, 466 B.R. 750, 777

(Bankr. M.D.N.C. 2012) ("Defamation claims, however, constitute personal injury tort claims

within the meaning of 28 U.S.C. § 157(b)(5)….), citing *In re Arnold*, 407 B.R. 849, 853

(Bankr.M.D.N.C.2009).

     5.  Pursuant to Local Bankruptcy Rule 5011-2(d), the Debtor states that:

        a.  The Docket Sheet of the Adversary Proceeding to which this Motion relates is

appended hereto; and

        b.  There are no other documents designated to be included in the file to be

transferred upon withdrawal of the reference, as otherwise contemplated in LBR 5011-2(d)(5),

(6).

     WHEREFORE, the Debtor respectfully requests that the Court enter an order:

     1. Granting this Motion;

     2.  Withdrawing the reference of this Adversary Proceeding; and

     3.  Granting such other and further relief as is just and proper.


Dated: August 7, 2020          Respectfully submitted,


          */S/ Jeffrey M. Sherman*
          Jeffrey M. Sherman, DC Bar 348896
          LAW OFFICES OF JEFFREY M. SHERMAN
          1600 N. Oak Street, #1826
          Arlington, VA 22209
          (703) 855-7394
          jeffreymsherman@gmail.com
          Attorneys for the Debtor/Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was served on August 7, 2020, by first class mail, or, where available and proper, by electronic means, on the following:

Robert B. Hetherington
2200 Research Boulevard, Suite 500
Rockville, Maryland 20850
(301) 762-7770
hetheringtonr@mcwilson.com

/S/ Jeffrey M. Sherman
Jeffrey M. Sherman

# U.S. Bankruptcy Court
# United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
## Adversary Proceeding #: 19-10028-SMT

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.        *Date Filed:* 09/09/19
*Lead BK Case:* 19-00071
*Lead BK Title:* Lisa Ann Herman
*Lead BK Chapter:* 11
*Demand:* $700000

*Nature[s] of Suit:*  14 Recovery of money/property - other
        02 Other (e.g. other actions that would have been brought in state court if
          unrelated to bankruptcy)


**Plaintiff**
-----------------------
**Lisa Ann Herman**                         represented by **Jeffrey M. Sherman**
8409 Lee Hwy                                 Law Offices of Jeffrey M. Sherman
Unit 4135                                    1600 N. Oak Street
Merrifield, VA 22116                         Suite 1826
SSN / ITIN: xxx-xx-3916                      Arlington, VA 22209
Tax ID / EIN: 45-2819558, 47-2055133,        703-855-7394
47-2687019                                   Email: jeffreymsherman@gmail.com


V.


**Defendant**
-----------------------
**Linda Sonier**                             represented by **Robert Brian Hetherington**
811 Club Hunt Lane                           McCarthy Wilson LLP
West Chester, PA 19380                        2200 Research Boulevard
                                             Ste 500
                                             Rockville, MD 20850
                                             (301) 762-7770
                                             Fax : 301-926-7444
                                             Email: hetheringtonr@mcwilson.com


**Defendant**
-----------------------
**Andrew Sonier**                            represented by **Robert Brian Hetherington**
811 Club Hunt Lane                           (See above for address)

West Chester, PA 19380

**Defendant**
-----------------------
**MIchael Sonier**
811 Club Hunt Lane
West Chester, PA 19380

represented by **Robert Brian Hetherington**
(See above for address)

**Defendant**
-----------------------
**DOEs 1-50 being parties to be named later**

represented by **DOEs 1-50 being parties to be named later**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 09/09/2019 | [1](#)<br>(36 pgs; 2 docs) | Adversary case 19-10028. Complaint by Lisa Ann Herman, Robert William Hall Jr. against Linda Sonier. (Fee Amount of $350 is Exempt ) (Attachments: # [1](#) Exhibit) (14 (Recovery of money/property - other),02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Sherman, Jeffrey) (Entered: 09/09/2019) |
| 09/09/2019 | [2](#)<br>(2 pgs) | Exhibit - *Adversary Cover Sheet* Filed by Robert William Hall Jr., Lisa Ann Herman. (Re: Related Document(s) #:[1](#) Complaint.) (Sherman, Jeffrey) (Entered: 09/09/2019) |
| 09/13/2019 | [3](#)<br>(6 pgs) | Summons Issued on Andrew Sonier , Linda Sonier , MIchael Sonier . Number of Summons Issued: 3.Answer due by: 10/15/2019. YOU MUST PRINT YOUR ISSUED SUMMONS, WHICH IS ATTACHED TO THIS DOCUMENT. PAPER COPIES WILL NOT BE MAILED. Status Hearing to be held on 11/19/2019 at 10:00 AM Courtroom 1. (Mathewes, Aimee) (Entered: 09/13/2019) |

| 11/07/2019 | [4](#)<br>(9 pgs) | Answer to Complaint Filed by Andrew Sonier, Linda Sonier, MIchael Sonier (Hetherington, Robert) (Entered: 11/07/2019) |
| 11/19/2019 | [5](#)<br>(2 pgs) | Minute Entry RE: Hearing Held (AP) (Re: Related Document(s) #:[3](#) Summons Issued.) (Mathewes, Aimee) (Entered: 11/19/2019) |
| 11/26/2019 | [6](#)<br>(10 pgs) | Scheduling Order Order entered on 11/26/2019. (Bryant, Brittany) (Entered: 11/26/2019) |
| 11/26/2019 | [7](#)<br>(10 pgs) | Scheduling Order Order entered on 11/26/2019. (Bryant, Brittany) Modified on 11/27/2019 (Bryant, Brittany). ENTERED IN ERROR PLEASE DISREGARD. (Entered: 11/26/2019) |
| 11/26/2019 | [8](#)<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 11/19/2019 10:44:42 AM ]. File Size [ 2504 KB ]. Run Time [ 00:10:26 ]. (admin). (Entered: 11/27/2019) |
| 11/27/2019 | | Hearing Scheduled (AP) (Re: Related Document(s) #:[1](#) Complaint.) Pre-Trial Conference set for 6/23/2020 at 10:30 AM Courtroom 1. (Mathewes, Aimee) (Entered: 11/27/2019) |
| 11/28/2019 | [9](#)<br>(11 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s)[7](#) Scheduling Order) No. of Notices: 3. Notice Date 11/28/2019. (Admin.) (Entered: 11/29/2019) |
| 12/10/2019 | [10](#)<br>(26 pgs) | Post Hearing Memorandum Filed by Plaintiff Robert William Hall Jr. (RE: related document(s)[5](#) Hearing Held (AP)) (Bryant, Brittany) (Entered: 12/10/2019) |
| 06/02/2020 | [11](#)<br>(5 pgs) | Pretrial Statement Filed by Andrew Sonier, Linda Sonier, MIchael Sonier. (Hetherington, Robert) (Entered: 06/02/2020) |
| 06/19/2020 | [12](#)<br>(1 pg) | Hearing Continued at the Request of the Court (Re: Related Document(s) #:[1](#) Complaint.) Pre-Trial Conference set for 6/24/2020 at 10:30 AM |

| | | Telephone.) (Mathewes, Aimee) (Entered: 06/19/2020) |
|---|---|---|
| 06/21/2020 | [13](2 pgs) | BNC Certificate of Mailing - Hearing. (RE: related document(s)[12] Hearing Scheduled (AP)) No. of Notices: 1. Notice Date 06/21/2020. (Admin.) (Entered: 06/22/2020) |
| 06/23/2020 | [14](5 pgs) | Pretrial Statement Filed by Lisa Ann Herman. (Re: Related Document(s) #:[12] Hearing Scheduled (AP).) (Sherman, Jeffrey) (Entered: 06/23/2020) |
| 06/24/2020 | [15](3 pgs) | Order Continuing Pretrial Conference and Permitting Late Filing of Certain Papers(Re: Related Document(s)[1] Complaint, [12] Hearing Scheduled (AP).) Order entered on 6/24/2020. Pre-Trial Conference Continued to 8/5/2020 at 10:30 AM [1], (Ragland, Vamira) (Entered: 06/24/2020) |
| 06/24/2020 | [16](15 pgs; 8 docs) | Motion to Compel Filed by Andrew Sonier, Linda Sonier, MIchael Sonier (Attachments: # [1] Exhibit Exhibit A # [2] Exhibit Exhibit B # [3] Exhibit Exhibit C # [4] Exhibit Exhibit D # [5] Exhibit Exhibit E # [6] Proposed Order Proposed Order # [7] Exhibit Exhibit F) (Hetherington, Robert) (Entered: 06/24/2020) |
| 06/24/2020 | [18](2 pgs) | Minute Entry RE: Hearing - Continued (AP) (Re: Related Document(s) #:[12] Hearing Scheduled (AP).) Pre-Trial Conference set for 8/5/2020 at 10:30 AM Courtroom 1. (Mathewes, Aimee) (Entered: 06/25/2020) |
| 06/25/2020 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER DOES NOT CONTAIN THE CORRECT CASE NUMBER. PLEASE REFILE THE PROPOSED ORDER WITH THE CORRECT CASE NUMBER BY GOING TO BANKRUPTCY >> MISCELLANEOUS >> TYPE IN THE ADVERSARY CASE |

| | | |
|---|---|---|
| | | NUMBER >> PROPOSED ORDER. PLEASE ALSO UPLOAD THE PROPOSED ORDER BY GOING TO ADVERSARY >> ORDER UPLOAD >> SINGLE ORDER UPLOAD (RE: related document(s)16 Motion to Compel) YOU HAVE UNTIL 6/29/2020 for 16, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Ragland, Vamira) (Entered: 06/25/2020) |
| 06/25/2020 | 17 (2 pgs) | PROPOSED ORDER. Deficiency cure Filed by Andrew Sonier, Linda Sonier, MIchael Sonier. (Re: Related Document(s) #:16 Motion to Compel.) (Hetherington, Robert) (Entered: 06/25/2020) |
| 06/29/2020 | 19 (4 pgs) | Motion to Change Venue/Inter-district Transfer Adversary -- *Withdraw Reference* Filed by Lisa Ann Herman (Sherman, Jeffrey) (Entered: 06/29/2020) |
| 07/06/2020 | 20 (3 pgs) | Order Continuing Pretrial Conference and Permitting Late Filing of Certain Papers (Re: Related Document(s)1 Complaint.) Order entered on 7/6/2020. (Ragland, Vamira) (Entered: 07/06/2020) |
| 07/06/2020 | 21 (7 pgs) | Memorandum Decision and Order Dismissing Claims Asserted by Robert William Hall, Jr. and Dismissing Him as a Party (Re: Related Document(s)1 Complaint.) Order entered on 7/6/2020. (Ragland, Vamira) (Entered: 07/06/2020) |
| 07/08/2020 | 22 (6 pgs) | Order Directing Clerk to Transmit Motion for Withdrawal of Reference and Noting Procedural Deficiencies in the Motion (Re: Related Document(s)19 Motion to Change Venue/Inter-district Transfer Adversary.) Order entered on 7/8/2020. (Ragland, Vamira) (Entered: 07/08/2020) |
| 07/08/2020 | 23 | Transmittal of the below referenced documents to the U.S. District Court for the District of |

| | | |
|---|---|---|
| | | Columbia, Case: 1:20mc00043 Assigned To : Friedrich, Dabney L. Assign. Date : 7/8/2020 Description: Misc. Filed by The Clerk's Office. (Re: Related Document(s) #:19 Motion to Change Venue/Inter-district Transfer Adversary, 22 Order - Generic.) (Ragland, Vamira) Modified on 7/8/2020 TO ADD DOCKET TEXT (Ragland, Vamira). (Entered: 07/08/2020) |
| 07/08/2020 | | Notice of Returned Mail from Robert William Hall Jr, PO Box 873, Merrifield, VA 22116-2873 (RE: related document(s)12 Hearing Scheduled (AP)) (Ragland, Vamira) (Entered: 07/08/2020) |
| 07/08/2020 | 24 (8 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s)21 Memorandum Decision) No. of Notices: 2. Notice Date 07/08/2020. (Admin.) (Entered: 07/09/2020) |
| 07/10/2020 | 25 (7 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s)22 Order - Generic) No. of Notices: 1. Notice Date 07/10/2020. (Admin.) (Entered: 07/11/2020) |
| 07/31/2020 | 26 (6 pgs; 2 docs) | Joint Motion to Continue Hearing On *August 5, 2020* Filed by Andrew Sonier, Linda Sonier, MIchael Sonier (Re: Related Document(s) #:15 Hearing Scheduled.) (Attachments: # 1 Proposed Order) (Hetherington, Robert) (Entered: 07/31/2020) |
| 08/03/2020 | 27 (2 pgs) | Order Continuing Pretrial Conference and Directing Robert William Hall, Jr. To Show Cause Why His Address of Record Ought Not Be Changed. Order entered on 8/3/2020. Pretrial Conference is continued to September 24, 2020, at 10:30 a.m (Champagne, Diane) Modified on 8/3/2020 to correct text (Champagne, Diane). (Entered: 08/03/2020) |
| 08/03/2020 | 28 (2 pgs) | Order Continuing Pretrial Conference and Directing Robert William Hall, Jr. To Show Cause Why His Address of Record Ought Not |

| | | |
|---|---|---|
| | | Be Changed (Re: Related Document(s)26 Motion to Continue/Reschedule Hearing.) Order entered on 8/3/2020. Plaintiff Shall Respond to The Defendants' Interrogatories and To The Defendants' Request for Production of Documents by 8/14/2020. (Champagne, Diane) Modified on 8/3/2020 to correct text. (Champagne, Diane) (Entered: 08/03/2020) |
| 08/05/2020 | 29 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s)27 Order To Show Cause) No. of Notices: 2. Notice Date 08/05/2020. (Admin.) (Entered: 08/06/2020) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/07/2020 10:28:57 | | |
| **PACER Login:** | jmsherman | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 19-10028-SMT Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

UNITED STATES DISTRICT  COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    ]
In re:                                              ]
                                                    ]
LISA ANN HERMAN,                                    ]        Misc. Case No. _____
                                                    ]
                    Debtor.                         ]
_____]
                                                    ]
LISA ANN HERMAN, *et al.*,                          ]
                                                    ]
                    Plaintiffs,                     ]
                                                    ]
v.                                                  ]
                                                    ]
LINDA SONIER, *et al.*,                             ]
                                                    ]
                    Defendants.                     ]
_____]

### ORDER GRANTING MOTION FOR WITHDRAWAL OF REFERENCE

        This matter came before the Court on the filing by Lisa Ann Herman, debtor and plaintiff

("Debtor"), of her Renewed Motion for Withdrawal of Reference ("Motion"); the Court having

considered the Motion and any opposition thereto, and finding that cause exists to grant the rlief

requested; it is there

        **ORDERED** that the Motion be and the same hereby is granted and it is

        **FURTHER ORDERED** that the reference of this Adversary Proceeding (as

denominated by the united States Bankruptcy Court of the District of Columbia) be and the same

hereby is **WITHDRAWN** to this Court.

END OF ORDER

                                        _____
                                        UNITED STATES DISTRICT JUDGE

1

Copies to

Jeffrey M. Sherman
LAW OFFICES OF JEFFREY M. SHERMAN
1600 N. Oak Street, #1826
Arlington, VA 22209
jeffreymsherman@gmail.com

Robert B. Hetherington
2200 Research Boulevard, Suite 500
Rockville, Maryland 20850
(301) 762-7770
hetheringtonr@mcwilson.com

The order below is hereby signed.

Signed: August 11 2020



_S. Martin Teel Jr_
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
LISA ANN HERMAN,                   )    Case No. 19-0071
                                   )    (Chapter 11)
              Debtor.              )
_____     )
                                   )
LISA ANN HERMAN                    )
                                   )
      and                          )
                                   )
ROBERT WILLIAM HALL, JR.,          )
                                   )
              Plaintiffs,          )
                                   )
      v.                           )    Adversary Proceeding No.
                                   )    19-10028
LINDA SONIER, *et al.*,            )
                                   )
              Defendants.          )

ORDER DIRECTING CLERK TO TRANSMIT
RENEWED MOTION FOR WITHDRAWAL OF REFERENCE
AND NOTING PROCEDURAL DEFICIENCIES IN THE MOTION

One of the plaintiffs, Lisa Ann Herman, has filed a *Renewed Motion for Withdrawal of Reference* (Dkt. No. 30).

**1.  Clerk's Duty to Transmit *Renewed Motion*  to District Court.**  Under DCt.LBR 5011-4, the Clerk of the Bankruptcy Court

is required to promptly transmit the *Renewed Motion*  to the Clerk of the District Court.[1]

**2.   The Claims are not Ready to be Tried.**   The *Renewed Motion*  invokes 28 U.S.C. § 157(b)(5), which provides:

> The district court shall order that personal injury tort and wrongful death claims shall be **tried** in the district court in which the bankruptcy case is pending, or in the district court in the district in which the claim arose, as determined by the district court in which the bankruptcy case is pending.

[Emphasis added.]  At this juncture, the claims are not ready to be tried even if § 157(b)(5) requires that the claims be tried in the District Court.  The plaintiffs have been ordered to comply with the defendants' discovery requests, so the case is not yet in a posture to be tried.  However, the District Court has discretion to withdraw the reference as to pretrial matters as well as for the trial of the claims.

**3.   The Dismissal of Robert William Hall, Jr.'s Claims.**   The Bankruptcy Court has entered an order dismissing the claims of

---

[1]   DCt.LBR 5011-4 provides:

The Clerk of the Bankruptcy Court must promptly transmit the motion to withdraw the reference to the Clerk of the District Court, who must docket the motion (1) as a miscellaneous matter under the title of the bankruptcy case and the title of any adversary proceeding, and (2) as assigned to the Chief Judge of the District Court (or the Chief Judge's designee) in accordance with DCt.LBR 5011-8(a), and who must give notice to the parties of the docketing of the miscellaneous matter.

Robert William Hall, Jr. as not falling within the District
Court's jurisdiction over bankruptcy matters specified in 28
U.S.C. § 1334(b) (the category of matters that have been referred
to the Bankruptcy Court under 28 U.S.C. § 157(b)(1)).  However,
if the reference is withdrawn, there is an issue, as discussed in
the order dismissing Hall's claims, of whether the District Court
(in contrast to the Bankruptcy Court) can exercise supplemental
jurisdiction under 28 U.S.C. § 1367.  If the adversary proceeding
is withdrawn, that issue will be one for the District Court to
determine in the event that Hall attempts to invoke § 1367 as a
basis for the District Court to hear his claims and to vacate the
dismissal order.  Hall has failed to file a pretrial statement.

    **4.  The *Renewed Motion*'s Procedural Deficiencies**.  The
*Renewed Motion* does not comply with the following requirements of
DCt.LBR 5011-2(d), which in relevant part provides:

    **(d)  CONTENTS OF MOTION.**

        A motion for withdrawal of the reference must
include the following:
.   .   .

        (5)  a separate list of any documents filed in the
Bankruptcy Court that are relevant to the
motion for withdrawal of the reference,
including the date of filing, the document
number, and the title of each such document;
and

        (6)  copies of the listed relevant documents (other
than documents that were filed under seal),
appended to the list in chronological
sequence, with each document to bear the
Electronic Case Filing header showing the

> document number and date of filing in the
> Bankruptcy Court.

The *Renewed Motion* fails to include:

- **a list of relevant documents**, with the list including the information specified by DCt.LBR 5011-2(d)(5); and

- **copies of the listed relevant documents** as required by DCt.LBR 5011-2(d)(6).

The District Court denied Herman's prior motion to withdraw the reference as procedurally defective. *See Herman v. Sonier (In re Herman)*, No. 1:20-mc-00043-DLF (Minute Order of July 31, 2020). Further papers relating to the *Renewed Motion for Withdrawal of the Reference* (including any paper attempting to cure the defects in the *Renewed Motion for Withdrawal of the Reference*) must be filed in the District Court captioned with the Miscellaneous Number assigned to the *Renewed Motion*. Or the plaintiff may dismiss the *Renewed Motion for Withdrawal of the Reference* and file a procedurally correct motion in the Bankruptcy Court. Under DCt.LBR 5011-6(a)(1), the defendants' deadline to respond to the *Renewed Motion for Withdrawal of the Reference* is 14 days after the *Renewed Motion* was served on August 7, 2020.

**5. Conclusion.** In light of the foregoing, it is

ORDERED that the Clerk of the Bankruptcy Court shall promptly transmit the *Renewed Motion for Withdrawal of Reference* (Dkt. No. 30) to the Clerk of the District Court who, in

accordance with DCt.LBR 5011-4:

> must docket the motion (1) as a miscellaneous
> matter under the title of the bankruptcy case and
> the title of any adversary proceeding, and (2) as
> assigned to the Chief Judge of the District Court
> (or the Chief Judge's designee) in accordance with
> DCt.LBR 5011-8(a), and who must give notice to the
> parties of the docketing of the miscellaneous
> matter.

It is further

ORDERED that with the *Renewed Motion for Withdrawal of Reference*, the Clerk of the Bankruptcy Court shall transmit to the Clerk of the District Court a copy of this *Order Directing Clerk to Transmit Renewed Motion for Withdrawal of Reference and Noting Procedural Deficiencies in the Motion.*

[Signed and dated above.]

Copies to:

Jeffrey M. Sherman
Law Offices of Jeffrey M.
Sherman
1600 N. Oak Street
Suite 1826
Arlington, VA 22209
Email:
jeffreymsherman@gmail.com
[Counsel for Lisa Ann Herman]

Robert William Hall
8409 Lee Highway, #4135
Merrifield, VA 22116

Robert Brian Hetherington
McCarthy Wilson LLP
2200 Research Boulevard
Ste 500
Rockville, MD 20850
Email:
hetheringtonr@mcwilson.com
[Counsel for Defendants]

Robert William Hall, Jr.
P.O. Box 873
Merrifield, VA 22116[2]

---

[2]   The defendants have indicated that the Lee Highway address is Hall's correct address.  See Dkt. No. 16 at 2, ¶ 6. Hall has failed to file a notice of his correct address.  Mail by the Clerk to Hall's Post Office Box address has been returned. See unnumbered docket entry of July 8, 2020.

U.S. Bankruptcy Court
United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
Adversary Proceeding #: 19-10028-SMT
Internal Use Only

```
Assigned to: Bankruptcy Judge S. Martin Teel, Jr.          Date Filed: 09/09/2019
Lead BK Case: 19-71
Lead BK Title: Lisa Ann Herman
Lead BK Chapter: 11
Demand: $700000

Nature[s] of Suit: 14  Recovery of money/property - other
                   02  Other (e.g. other actions that would have been brought in state cou
```

```
                                        represented by  Jeffrey M. Sherman
Plaintiff                                               Law Offices of Jeffrey M. Sherman
-----------------------                                 1600 N. Oak Street
Lisa Ann Herman                                         Suite 1826
8409 Lee Hwy                                            Arlington, VA 22209
Unit 4135                                               703-855-7394
Merrifield, VA 22116                                    Email: jeffreymsherman@gmail.com
SSN / ITIN: 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
Tax ID / EIN: 45-2819558, 47-2055133,
47-2687019

v.

                                        represented by  Robert Brian Hetherington
Defendant                                               McCarthy Wilson LLP
-----------------------                                 2200 Research Boulevard
Linda Sonier                                            Ste 500
811 Club Hunt Lane                                      Rockville, MD 20850
West Chester, PA 19380                                  (301) 762-7770
                                                        Fax  : 301-926-7444
                                                        Email: hetheringtonr@mcwilson.com

                                        represented by  Robert Brian Hetherington
Defendant                                               (See above for address)
-----------------------
Andrew Sonier
811 Club Hunt Lane
West Chester, PA 19380

                                        represented by  Robert Brian Hetherington
Defendant                                               (See above for address)
-----------------------
MIchael Sonier
811 Club Hunt Lane
West Chester, PA 19380

                                        represented by  DOEs 1-50 being parties to be named
Defendant                                               later
-----------------------                                 PRO SE
DOEs 1-50 being parties to be named
later
```

```
Filing Date    #                         Docket Text

09/09/2019     1          Adversary case 19-10028. Complaint by Lisa Ann Herman,
                          Robert William Hall Jr. against Linda Sonier. (Fee Amount
                          of $350 is Exempt ) (Attachments: # 1 Exhibit) (14
                          (Recovery of money/property - other),02 (Other (e.g. other
                          actions that would have been brought in state court if
```

|            |    | unrelated to bankruptcy))) (Sherman, Jeffrey) (Entered: 09/09/2019) |
|------------|----|---------------------------------------------------------------------|
| 09/09/2019 | 2  | Exhibit  - *Adversary Cover Sheet* Filed by Robert William Hall Jr., Lisa Ann Herman. (Re: Related Document(s) #:1 Complaint.) (Sherman, Jeffrey) (Entered: 09/09/2019) |
| 09/13/2019 | 3  | Summons Issued on Andrew Sonier , Linda Sonier , MIchael Sonier . Number of Summons Issued: 3.Answer due by: 10/15/2019. YOU MUST PRINT YOUR ISSUED SUMMONS, WHICH IS ATTACHED TO THIS DOCUMENT. PAPER COPIES WILL NOT BE MAILED. Status Hearing to be held on 11/19/2019 at 10:00 AM Courtroom 1. (Mathewes, Aimee) (Entered: 09/13/2019) |
| 11/07/2019 | 4  | Answer to Complaint  Filed by Andrew Sonier, Linda Sonier, MIchael Sonier (Hetherington, Robert) (Entered: 11/07/2019) |
| 11/19/2019 | 5  | Minute Entry RE: Hearing Held (AP) (Re: Related Document(s) #:3 Summons Issued.) (Mathewes, Aimee) (Entered: 11/19/2019) |
| 11/26/2019 | 6  | Scheduling Order Order entered on 11/26/2019. (Bryant, Brittany) (Entered: 11/26/2019) |
| 11/26/2019 | 7  | Scheduling Order Order entered on 11/26/2019. (Bryant, Brittany) Modified on 11/27/2019 (Bryant, Brittany). ENTERED IN ERROR PLEASE DISREGARD. (Entered: 11/26/2019) |
| 11/26/2019 | 8  | PDF with attached Audio File. Court Date & Time [ 11/19/2019 10:44:42 AM ]. File Size [ 2504 KB ]. Run Time [ 00:10:26 ]. (admin). (Entered: 11/27/2019) |
| 11/27/2019 |    | Hearing Scheduled (AP) (Re: Related Document(s) #:1 Complaint.) Pre-Trial Conference set for 6/23/2020 at 10:30 AM Courtroom 1. (Mathewes, Aimee) (Entered: 11/27/2019) |
| 11/28/2019 | 9  | BNC Certificate of Mailing - PDF Document. (RE: related document(s)7 Scheduling Order) No. of Notices: 3. Notice Date 11/28/2019. (Admin.) (Entered: 11/29/2019) |
| 12/10/2019 | 10 | Post Hearing Memorandum Filed by Plaintiff Robert William Hall Jr. (RE: related document(s)5 Hearing Held (AP)) (Bryant, Brittany) (Entered: 12/10/2019) |
| 06/02/2020 | 11 | Pretrial Statement Filed by Andrew Sonier, Linda Sonier, MIchael Sonier. (Hetherington, Robert) (Entered: 06/02/2020) |
| 06/19/2020 | 12 | Hearing Continued at the Request of the Court (Re: Related Document(s) #:1 Complaint.) Pre-Trial Conference set for 6/24/2020 at 10:30 AM Telephone.) (Mathewes, Aimee) (Entered: 06/19/2020) |
| 06/21/2020 | 13 | BNC Certificate of Mailing - Hearing. (RE: related document(s)12 Hearing Scheduled (AP)) No. of Notices: 1. Notice Date 06/21/2020. (Admin.) (Entered: 06/22/2020) |
| 06/23/2020 | 14 | Pretrial Statement Filed by Lisa Ann Herman. (Re: Related Document(s) #:12 Hearing Scheduled (AP).) (Sherman, Jeffrey) (Entered: 06/23/2020) |
| 06/24/2020 | 15 | Order Continuing Pretrial Conference and Permitting Late Filing of Certain Papers(Re: Related Document(s)1 Complaint, 12 Hearing Scheduled (AP).) Order entered on 6/24/2020. Pre-Trial Conference Continued to 8/5/2020 at 10:30 AM 1, (Ragland, Vamira) (Entered: 06/24/2020) |

| 06/24/2020 | 16 | Motion to Compel  Filed by Andrew Sonier, Linda Sonier, MIchael Sonier (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D # 5 Exhibit Exhibit E # 6 Proposed Order Proposed Order # 7 Exhibit Exhibit F) (Hetherington, Robert) (Entered: 06/24/2020) |
|---|---|---|
| 06/24/2020 | 18 | Minute Entry RE: Hearing - Continued (AP) (Re: Related Document(s) #:12 Hearing Scheduled (AP).) Pre-Trial Conference set for 8/5/2020 at 10:30 AM Courtroom 1. (Mathewes, Aimee) (Entered: 06/25/2020) |
| 06/25/2020 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER DOES NOT CONTAIN THE CORRECT CASE NUMBER. PLEASE REFILE THE PROPOSED ORDER WITH THE CORRECT CASE NUMBER BY GOING TO BANKRUPTCY >> MISCELLANEOUS >> TYPE IN THE ADVERSARY CASE NUMBER >> PROPOSED ORDER. PLEASE ALSO UPLOAD THE PROPOSED ORDER BY GOING TO ADVERSARY >> ORDER UPLOAD >> SINGLE ORDER UPLOAD (RE: related document(s)16 Motion to Compel) YOU HAVE UNTIL 6/29/2020 for 16, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Ragland, Vamira) (Entered: 06/25/2020) |
| 06/25/2020 | 17 | PROPOSED ORDER. Deficiency cure Filed by Andrew Sonier, Linda Sonier, MIchael Sonier. (Re: Related Document(s) #:16 Motion to Compel.) (Hetherington, Robert) (Entered: 06/25/2020) |
| 06/29/2020 | 19 | Motion to Change Venue/Inter-district Transfer Adversary -- *Withdraw Reference* Filed by Lisa Ann Herman (Sherman, Jeffrey) (Entered: 06/29/2020) |
| 07/06/2020 | 20 | Order Continuing Pretrial Conference and Permitting Late Filing of Certain Papers (Re: Related Document(s)1 Complaint.) Order entered on 7/6/2020. (Ragland, Vamira) (Entered: 07/06/2020) |
| 07/06/2020 | 21 | Memorandum Decision and Order Dismissing Claims Asserted by Robert William Hall, Jr. and Dismissing Him as a Party (Re: Related Document(s)1 Complaint.) Order entered on 7/6/2020. (Ragland, Vamira) (Entered: 07/06/2020) |
| 07/08/2020 | 22 | Order Directing Clerk to Transmit Motion for Withdrawal of Reference and Noting Procedural Deficiencies in the Motion (Re: Related Document(s)19 Motion to Change Venue/Inter-district Transfer Adversary.) Order entered on 7/8/2020. (Ragland, Vamira) (Entered: 07/08/2020) |
| 07/08/2020 | 23 | Transmittal of the below referenced documents to the U.S. District Court for the District of Columbia, Case: 1:20mc00043 Assigned To : Friedrich, Dabney L. Assign. Date : 7/8/2020 Description: Misc. Filed by The Clerk's Office. (Re: Related Document(s) #:19 Motion to Change Venue/Inter-district Transfer Adversary, 22 Order - Generic.) (Ragland, Vamira) Modified on 7/8/2020 TO ADD DOCKET TEXT (Ragland, Vamira). (Entered: 07/08/2020) |
| 07/08/2020 | | Notice of Returned Mail from Robert William Hall Jr, PO Box 873, Merrifield, VA 22116-2873 (RE: related document(s)12 Hearing Scheduled (AP)) (Ragland, Vamira) (Entered: 07/08/2020) |
| 07/08/2020 | 24 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)21 Memorandum Decision) No. of Notices: 2. Notice Date 07/08/2020. (Admin.) (Entered: 07/09/2020) |

| 07/10/2020 | 25 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)22 Order – Generic) No. of Notices: 1. Notice Date 07/10/2020. (Admin.) (Entered: 07/11/2020) |
|---|---|---|
| 07/31/2020 | 26 | Joint Motion to Continue Hearing On *August 5, 2020* Filed by Andrew Sonier, Linda Sonier, MIchael Sonier (Re: Related Document(s) #:15 Hearing Scheduled.) (Attachments: # 1 Proposed Order) (Hetherington, Robert) (Entered: 07/31/2020) |
| 08/03/2020 | 27 | Order Continuing Pretrial Conference and Directing Robert William Hall, Jr. To Show Cause Why His Address of Record Ought Not Be Changed. Order entered on 8/3/2020. Pretrial Conference is continued to September 24, 2020, at 10:30 a.m (Champagne, Diane) Modified on 8/3/2020 to correct text (Champagne, Diane). (Entered: 08/03/2020) |
| 08/03/2020 | 28 | Order Continuing Pretrial Conference and Directing Robert William Hall, Jr. To Show Cause Why His Address of Record Ought Not Be Changed (Re: Related Document(s)26 Motion to Continue/Reschedule Hearing.) Order entered on 8/3/2020. Plaintiff Shall Respond to The Defendants' Interrogatories and To The Defendants' Request for Production of Documents by 8/14/2020. (Champagne, Diane) Modified on 8/3/2020 to correct text. (Champagne, Diane) (Entered: 08/03/2020) |
| 08/05/2020 | 29 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)27 Order To Show Cause) No. of Notices: 2. Notice Date 08/05/2020. (Admin.) (Entered: 08/06/2020) |
| 08/07/2020 | 30 | Second Motion to Approve  *WIthdrawal of Reference* Filed by Lisa Ann Herman (Attachments: # 1 Exhibit Docket Sheet # 2 Proposed Order) (Sherman, Jeffrey) (Entered: 08/07/2020) |
| 08/12/2020 | 31 | Order Granting Motion To Compel Plaintiff's Discovery Responses (Related Document #: 16) Entered on 8/12/2020. (Champagne, Diane) (Entered: 08/12/2020) |
| 08/12/2020 | 32 | Order Directing Clerk to Transmit Renewed Motion For Withdrawal Of Reference And Noting Procedural Deficiencies In The Motion (Re: Related Document(s)30 Motion to Approve.) Order entered on 8/12/2020. (Champagne, Diane) (Entered: 08/12/2020) |